UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS RICCIO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>　　　　Defendant. | Case No.: 3:21-cv-01433-BEN-WVG<br><br>**ORDER ON MOTION FOR ADDITIONAL TIME TO RESPOND**<br><br>**[ECF No. 4]** |

## I. INTRODUCTION

Plaintiff DOUGLAS RICCIO ("Plaintiff") brings this action under 29 U.S.C. §§ 1132(a), (e), (f) and (g) of the Employee Retirement Income Security Act of 1974 (the "ERISA") against Defendant LINCOLN LIFE ASSURANCE COMPANY OF BOSTON ("Defendant") for a claim by Plaintiff for employee benefits under an employee benefit plan regulated and governed under ERISA. Complaint, ECF No. 1. Before the Court is the Joint Motion for an Extension of Time for Defendant to Respond to Plaintiff's Complaint (the "Joint Motion"). ECF No. 4. After considering the papers submitted, supporting documentation, and applicable law, the Court **GRANTS** the Joint Motion.

## II. BACKGROUND

### A. Statement of Facts

Plaintiff alleges that he was an employee of Bebe Stores, Inc., and Defendant was

the insurer of benefits under his employer's Group Disability Insurance Policy (the "LTD Plan"). ECF No. 1 at 2, ¶¶ 2-3. He further pleads that during the course of his employment, he became entitled to benefits under the LTD Plan, but Defendant wrongfully denied his claim. *Id.* at 3, ¶¶ 7-10.

### B. Procedural History

On August 11, 2021, Plaintiff filed the instant lawsuit, alleging one claim for relief for ERISA violations. ECF No. 1. On August 20, 2021, Plaintiff served Defendant, ECF No. 3, making Defendant's responsive pleading due on September 10, 2021, *see* FED. R. CIV. P. 12. *See also* ECF No. 4 at 2:4-5. On August 31, 2021, the parties filed the instant Joint Motion seeking to extend Defendant's time to file a responsive pleading to October 8, 2021 to allow Defendant's counsel additional time to gather relevant documents, evaluate Plaintiff's claims, and formulate an interim litigation strategy. *Id.* at 2:10-13.

## III. LEGAL STANDARD

Rule 12 of the Federal Rules of Civil Procedure requires a defendant to file a responsive pleading within either (1) twenty-one days of being served with the summons and complaint or (2) sixty days after the request for a waiver was sent. Pursuant to the Local Rules, "[e]xtensions of time for answering, or moving to dismiss a complaint will only be secured by obtaining the approval of a judicial officer, who will base the decision on a showing of good case." S.D. Cal. Civ. R. 12.1. Thus, "[i]n the Southern District, court approval is required for *any* extension of time to answer or move to dismiss the complaint." Phillips, Virginia A., et al., *Rutter Group Prac. Guide: Fed. Civ. Pro. Before Trial*, § 8:913 (The Rutter Group April 2020).

## IV. ORDER

The Court finds the parties have shown good cause for the requested twenty-eight (28) day extension. As such, Defendant's deadline to file a responsive pleading is extended from September 10, 2021 to October 8, 2021.

**IT IS SO ORDERED.**

DATED:   September 1, 2021

_____
**HON. ROGER T. BENITEZ**
United States District Judge

-2-

3:21-cv-01433-BEN-WVG